Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−10175−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   William E. Culver III
   14 Holt Cr.
   Mercerville, NJ 08619

Social Security No.:
   xxx−xx−8525

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 2/7/2023 and a confirmation hearing on such Plan has been scheduled for 3/22/2023 at 10:00 AM.

The debtor filed a Modified Plan on 3/2/2023 and a confirmation hearing on the Modified Plan is scheduled for 4/12/2023 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 3, 2023
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10175-MBK |
| William E. Culver, III | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 03, 2023 | Form ID: 186 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William E. Culver, III, 14 Holt Cr., Mercerville, NJ 08619-1655 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 03 2023 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 03 2023 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519807639 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 03 2023 20:48:00 | Carrington Mortgage Services, 15 Enterprise St, Aliso Viejo, CA 92656-2653 |
| 519807638 | + | Email/Text: BKBCNMAIL@carringtonms.com | Mar 03 2023 20:48:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 South Douglass Road, Stes 110 & 200, Anaheim, CA 92806-5948 |
| 519807640 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 03 2023 20:49:00 | Internal Revenue Service, P.O. Box 480, Holtsville, NY 11742 |
| 519807641 | + | Email/Text: bankruptcy@ncaks.com | Mar 03 2023 20:48:00 | National Credit Adjusters, LLC, 327 West 4th Avenue, Po Box 3023, Hutchinson, KS 67504-3023 |
| 519807642 | + | Email/Text: bankruptcy@ncaks.com | Mar 03 2023 20:48:00 | National Credit Adjusters, LLC, P.o. Box 550, Hutchinson, KS 67504-0550 |
| 519807643 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 03 2023 20:53:22 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 519833179 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 03 2023 20:54:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519807644 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 03 2023 20:53:43 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 519841386 | | Email/Text: bknotices@snsc.com | Mar 03 2023 20:50:00 | SN Servicing Corp., 323 5th Street, Eureka, CA 95501 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Mar 03, 2023 | Form ID: 186 | Total Noticed: 12

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Elizon Master Participation Trust I  U.S. Bank Trust National Association, as Owner Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Paul H. Young
on behalf of Debtor William E. Culver  III support@ymalaw.com, lesliebrown.paralegal@gmail.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4