| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 23-10175 / MBK**

William E. Culver, III

Petition Filed Date: 01/09/2023
341 Hearing Date: 02/09/2023
Confirmation Date:

### Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/14/2023 | $300.00 | 973002712 | 03/13/2023 | $1,000.00 | 973002971 | 03/13/2023 | $392.00 | 973002982 |

**Total Receipts for the Period: $1,692.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,692.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | William E. Culver, III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Paul H. Young, Esq. | Attorney Fees | $3,750.00 | $0.00 | $3,750.00 |
| | | No Disbursements: No Check | | | |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK, NA | Unsecured Creditors | $695.17 | $0.00 | $0.00 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2021; EST TAXES 20219, 2022 | Priority Crediors<br>Hold Funds: Estimated | $8,152.46 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2015, 2018 | Unsecured Creditors | $4,982.50 | $0.00 | $0.00 |
| 4 | ELIZON MASTER PARTICIPATION TRUST<br>»» P/14 HOLT CIRCLE/1ST MTG | Mortgage Arrears | $69,136.88 | $0.00 | $0.00 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $370.36 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10175 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,692.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $1,392.00 |
| Paid to Trustee: | $121.82 | Arrearages: | $0.00 |
| Funds on Hand: | $1,570.18 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or**
**scan this code to get started.**

