UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
PO Box 4853
Trenton, NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

William E. Culver, III

Debtor(s)

Case No.: 23-10175 / MBK

Judge: Michael B. Kaplan

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 1/17/2024, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 1/17/2024

/s/ Kierstyn Buchanan

Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| William E. Culver, III<br>14 Holt Cr.<br>Mercerville, NJ   08619 | Debtor(s) | Regular Mail |
| Paul H. Young, Esq.<br>Young Marr & Associates<br>3554 Hulmeville Rd., Suite 102<br>Bensalem, PA   19020 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |