| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-10175 / MBK**

William E. Culver, III

Petition Filed Date: 01/09/2023
341 Hearing Date: 02/09/2023
Confirmation Date: 08/23/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/14/2023 | $300.00 | 973002712 | 03/13/2023 | $1,000.00 | 973002971 | 03/13/2023 | $392.00 | 973002982 |
| 04/12/2023 | $392.00 | 973003950 | 04/12/2023 | $1,000.00 | 973003961 | 05/15/2023 | $1,000.00 | 973004488 |
| 05/15/2023 | $392.00 | 973004490 | 06/20/2023 | $1,000.00 | 973004714 | 06/20/2023 | $392.00 | 973004725 |
| 07/24/2023 | $1,000.00 | 974720204 | 07/24/2023 | $392.00 | 974720215 | 08/22/2023 | $392.00 | 974720676 |
| 08/22/2023 | $1,000.00 | 974720665 | 10/05/2023 | $392.00 | 974721047 | 10/05/2023 | $1,000.00 | 974721036 |

**Total Receipts for the Period: $10,044.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $10,044.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | William E. Culver, III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Paul H. Young, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK, NA | Unsecured Creditors | $695.17 | $0.00 | $695.17 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2019;2021-2022 TAX PERIODS | Priority Creditors | $3,245.68 | $0.00 | $3,245.68 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2015;2018 TAX PERIODS & PENALTIES | Unsecured Creditors | $5,097.80 | $0.00 | $5,097.80 |
| 4 | ELIZON MASTER PARTICIPATION TRUST<br>»» P/14 HOLT CIRCLE/1ST MTG | Mortgage Arrears | $69,136.88 | $5,555.54 | $63,581.34 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $370.36 | $0.00 | $370.36 |

**Chapter 13 Case No. 23-10175 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,044.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $9,305.54 | Current Monthly Payment: | $1,602.00 |
| Paid to Trustee: | $738.46 | Arrearages: | $6,618.00 |
| Funds on Hand: | $0.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

