UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Elizon Master Participation Trust I, et al.

In Re:

William E. Culver III,

Debtor.

Case No.:       23-10175-MBK

Chapter:            13

Hearing Date:     06/12/2024

Judge:             Kaplan

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled            ☐  Withdrawn

Matter: Motion for Relief from Stay re: 14 Holt Circle (Docket # 47)

Date: 06/11/2024                            /s/ Denise Carlon
                                            Signature

*rev.8/1/15*