| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-10175 / MBK**

William E. Culver, III

Petition Filed Date: 01/09/2023
341 Hearing Date: 02/09/2023
Confirmation Date: 08/23/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/26/2024 | $382.00 | 977355033 | 01/26/2024 | $382.00 | 977355022 | 01/26/2024 | $1,000.00 | 977355011 |
| 01/26/2024 | $1,000.00 | 977355000 | 02/14/2024 | $6,000.00 | 864249388 | 04/10/2024 | $1,000.00 | 977356091 |
| 04/10/2024 | $1,000.00 | 977356102 | 05/15/2024 | $1,000.00 | 977356438 | 05/15/2024 | $1,000.00 | 977356427 |
| 07/16/2024 | $3,450.00 | 865931488 | 08/16/2024 | $5,052.00 | | 10/08/2024 | $3,450.00 | |
| 12/10/2024 | $5,000.00 | | | | | | | |

**Total Receipts for the Period: $29,716.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $43,210.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | William E. Culver, III | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Paul H. Young, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,750.00 | $3,750.00 | $0.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK, NA | Unsecured Creditors | $695.17 | $0.00 | $695.17 |
| 2 | INTERNAL REVENUE SERVICE<br>»»  2019;2021-2022 TAX PERIODS | Priority Creditors | $3,245.68 | $0.00 | $3,245.68 |
| 3 | INTERNAL REVENUE SERVICE<br>»»  2015;2018 TAX PERIODS & PENALTIES | Unsecured Creditors | $5,097.80 | $0.00 | $5,097.80 |
| 4 | ELIZON MASTER PARTICIPATION TRUST<br>»»  P/14 HOLT CIRCLE/1ST MTG | Mortgage Arrears | $69,136.88 | $17,826.31 | $51,310.57 |
| 5 | Verizon by American InfoSource as Agent | Unsecured Creditors | $370.36 | $0.00 | $370.36 |
| 6 | ELIZON MASTER PARTICIPATION TRUST<br>»»  P/14 HOLT CIR/REG. MTG. PMTS./ORDER 6/28/24 | Ongoing Mortgage | $0.00 | $5,168.28 | $0.00 |
| 7 | ELIZON MASTER PARTICIPATION TRUST<br>»»  P/14 HOLT CIR/POST-PET ARREARS ORDER 6/28/24 | Mortgage Arrears | $6,119.38 | $265.18 | $5,854.20 |
| 8 | ELIZON MASTER PARTICIPATION TRUST<br>»»  P/14 HOLT CIR/ATTY FEES ORDER 6/28/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |
| 9 | ELIZON MASTER PARTICIPATION TRUST<br>»»  P/14 HOLT CIR/GAP PAYMENTS ORDER 6/28/2 | Mortgage Arrears | $3,445.52 | $3,445.52 | $0.00 |

**Chapter 13 Case No. 23-10175 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,210.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $31,004.29 | Current Monthly Payment: | $3,450.00 |
| Paid to Trustee: | $3,039.97 | Arrearages: | $5,350.00 |
| Funds on Hand: | $9,165.74 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

